IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Philip A. Brimmer**

Civil Action No. 14-cv-00907-PAB

KARL W. SCHMIDT & ASSOCIATES, INC.,

    Plaintiff,

v.

ACTION ENVIRONMENTAL SOLUTIONS, LLC,

    Defendant.

## ORDER OF RECUSAL

    This matter is before me on review of the file.  One of my sisters is a partner at the law firm of Holland & Hart, counsel for plaintiff.  For this reason, it would be inappropriate for me to preside over this case.  Accordingly, I will recuse myself.  It is therefore

    ORDERED that the judge's file be returned to the clerk's office for the case to be reassigned by random draw.

    DATED March 28, 2014.

                                BY THE COURT:

                                s/Philip A. Brimmer
                                PHILIP A. BRIMMER
                                United States District Judge