IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:14-cv-00907-RBJ-BNB

KARL W. SCHMIDT & ASSOCIATES, INC.

      Plaintiff,

vs.

ACTION ENVIRONMENTAL SOLUTIONS, LLC

      Defendants.

---

## ORDER ON JOINT MOTION TO AMEND SCHEDULING ORDER

      The parties, through counsel, have jointly moved the Court to amend the Scheduling Order [ECF No. 21] in this case.  Determining that good cause exists, the Court will GRANT the motion and amend the deadlines in the Scheduling Order [ECF No. 21] as follows:

    a.     Discovery Cut-Off Deadline: June 2, 2015

    b.     Dispositive Motion Deadline: June 12, 2015

    c.     Plaintiff Deadline to Designate Expert Witnesses: April 7, 2015

    d.     Defendant Deadline to Designate Expert Witnesses: May 7, 2015

    e.     Plaintiff Deadline to Designate Rebuttal Expert Witnesses: May 28 2015

    f.     The five-day trial in this case is currently scheduled for April 27, 2015, and a final pretrial conference is scheduled for March 31, 2015 at 8:30 A.M.  The Court vacates both dates, and the parties are ordered to notify the Court immediately if formal mediation in the coming weeks is unsuccessful so the Court and the parties may reschedule the trial.

Dated: December 23, 2014.

_____
R. Brooke Jackson
Federal District Judge